THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANTHONY CILIBERTI, Appellant.

Submitted February 20, 1950; decided March 2, 1950.

*Miles F. McDonald, District Attorney* (*Aaron Nussbaum* of counsel), for motion.

*Anthony Ciliberti,* in person, opposed.

Motion granted and appeal dismissed for want of jurisdiction. (See *People* v. *Hatzis,* 297 N. Y. 163.)